No. 357. THE PEOPLE *v.* ROMÁN.—Appeal from the District Court of Ponce. Petition for appeal to the Supreme Court of the United States from judgment rendered in this case on April 8, 1912. Decided June 11,1912. Petition denied. *Mr. Herminio Díaz Navarro* for petitioner. *Mr. Charles E. Foote, fiscal,* for adverse party.

No. 357. THE PEOPLE *v.* ROMÁN.—Appeal from the District Court of Ponce. Petition for a writ of error from judgment rendered in this case on April 8, 1912. Decided June 15, 1912. Writ denied on account of nonexistence of requisites prescribed by section 35 of the Organic Act of Porto Rico and section 244 of the Judiciary Code of the United States of March 3, 1911. *Mr. Herminio Díaz Navarro* for petitioner. *Mr. Charles E. Foote, fiscal,* for adverse party.

No. 279. EX PARTE COLL Y CUCHÍ.—Petition for approval of notarial bond. Decided June 15, 1912. Bond executed by the National Surety Company June 14, 1912, approved. Petitioner appeared *per se.*

No. 42. EX PARTE HIDALGO.—Petition for a writ of *habeas corpus* presented to Mr. Justice del Toro. Decided June 17, 1912. Petition denied. *Mr. G. Giménez Sicardó* for petitioner. *Mr. Charles E. Foote, fiscal,* for The People.

No. 874. CANEJA *v.* ROSALES & Co.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss appeal. Decided June 24, 1912. Motion overruled. *Messrs. Bosch and Soto* for the moving party. *Mr. Eugenio Benítez Castaño* for the adverse party.